UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL O'CONNELL, et al.,          )
                                    )
        Plaintiffs,                 )
                                    )
    vs.                             )        Case No.  4:04CV1807 AGF
                                    )
MASON'S LANDSCAPING &               )
CONSTRUCTION SERVICES, INC.,        )
                                    )
        Defendant.                  )

**JUDGMENT
AND ORDER OF DISMISSAL**

Pursuant to this Court's Memorandum and Order dated January 12, 2006, and the

Stipulation of the Parties filed on February 14, 2006,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgement is

entered on behalf of Plaintiffs in the amount of $36,796.95 for the period covering March

25, 2003 through June 3, 2003.

**IT IS FURTHER ORDERED** that Plaintiff's remaining claims are dismissed

without prejudice.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of February, 2006.